**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| E-CONTACT TECHNOLOGIES, LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> BLUEHOST, INC., *et al.*, <br><br> DEFENDANT. | CIVIL ACTION NO. 1:12-CV-081 <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF
<u>DEFENDANT BLUEHOST, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff E-Contact Technologies LLC hereby voluntarily dismisses all claims in this action WITH PREJUDICE against Defendant Bluehost, Inc., with each party to bear its own costs and attorneys' fees..

Dated: May 10, 2012

Respectfully submitted,

By: /s/ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com

**Ni Law Firm, PLLC**
3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: 214/800-2208
Fax: 214/800-2209

**ATTORNEYS FOR PLAINTIFF
E-CONTACT TECHNOLOGIES, LLC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of May, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Beaumont Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                      /s/  *Stevenson Moore*
                                      Stevenson Moore